# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF __ ILLINOIS, EASTERN DIVISION __

UNITED STATES OF AMERICA

v.

JULIUS A. MACKLIN
      also known as Julius A. Heart

**MAGISTRATE JUDGE DENLOW**

**0 8 CR    3 4 9**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**
**Under Seal**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 21, 2007__ in _____ Cook _____ county, in the ____ Northern __ District of _____ Illinois _____ defendant(s),

      did knowingly use, without lawful authority, a means of identification of another person with the intent to commit any unlawful activity that constitutes a violation of Federal law, namely, bank fraud in violation of Title 18, United States Code, Section 1344,

in violation of Title ____ 18 ____ United States Code, Section(s) _____ 1028(a)(7) _____.

I further state that I am a(n) __ United States Secret Service, Special Agent _____ and that this complaint is based on the following facts:

      See attached affidavit.

Continued on the attached sheet and made a part hereof: __X__ Yes _____ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____ May 1, 2008 _____ at
Date

_____ Chicago, Illinois _____
City and State

__ MORTON DENLOW, U.S. Magistrate Judge __
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# FILED

MAY 0 1 2008 T.C
5-1-08
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

COUNTY OF COOK       )                          **Under Seal**
                             ) SS
STATE OF ILLINOIS      )

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Timothy A. Uhlmann, being first duly sworn on oath, state as follows:

### Background

1.      I am a Special Agent of the United States Secret Service and have been so employed since July 2005. Prior to July 2005 I was employed in the field of project management. I also served in the United States Marine Corps Reserves for 8 years. I received training in and am responsible for the investigation of financial crimes, including but not limited to identity theft, unauthorized use of access device data, fraud, money laundering, counterfeit identification documents, and counterfeit currency. I am a graduate of the Federal Law Enforcement Training Center and the United States Secret Service Special Agent Training.

2.      I participated in the investigation of the offenses described below. The information in this affidavit is based on personal knowledge as well as conversations with other law enforcement and banking officials. This affidavit is submitted in support of an application for an arrest warrant for Julius A. Macklin, also known as Julius A. Heart. As the affidavit is submitted for the sole purpose of establishing probable cause, I have not set forth all information known to me about this investigation. Rather, I have set forth those facts and information which I believe are sufficient to establish probable cause for an arrest warrant based on violations of 18 U.S.C. § 1028(a)(7).

### Investigation

3.      In or about April 2007, officers from the Matteson Police Department contacted Secret Service agents and reported that, based on an informant's tip, they had reason to believe that an individual named Julius A. Macklin was living under the fraudulent identity of Julius A. Heart. Based on this tip, Secret Service agents retrieved Illinois Secretary of State files for both Julius A. Macklin and Julius A. Heart. The agents reviewed the Image Query documentation and verified that, based on the photographs, Julius A. Macklin and Julius A. Heart are the same individual. The

identification card obtained in the name of "Julius Heart" was obtained on or about December 4, 2000.

4.      Documents obtained from Value City Furniture/World Financial Network reveal that, on or about December 28, 2002, "Julius Heart", opened a credit card account with a credit limit of $2,350. The documents show that the account was opened in person in Calumet City, Illinois, by an individual named Julius Heart using social security number XXX-XX-XXXX. However, that social security number actually belongs to Victim A, a juvenile female residing in Tennessee. Secret Service agents contacted Victim A's mother who confirmed her daughter's social security number and stated that at no time did she or her husband provide anyone with permission or authority to obtain credit using their daughter's social security number.

5.      As of June 2007, account statements related to that credit account are mailed to Julius A. Heart, 24 Central Avenue, Matteson, Illinois. According to law enforcement databases, "Julius Heart" currently lives at that address.

6.      According to mortgage documents received from Carrington Mortgage Services, LLC, on or about December 30, 2005, "Julius Heart" closed on a primary mortgage and secondary mortgage with New Century Mortgage Corporation to purchase property located at 1950 E. Lawrence St., Chicago Heights, Illinois 60411. The primary mortgage was valued at $100,000. The second mortgage was valued at $25,000. New Century Mortgage Corporation eventually sold the mortgages to Carrington Mortgage Services. In applying for the mortgages, "Julius Heart" used the social security number of Victim A.

7.      Documents obtained from Household Finance Corporation ("HFC") reveal that on or about March 21, 2007, Julius Mackin, using the name Julius Heart, applied for and obtained a personal loan/revolving line of credit in the amount of $10,000. A representative from "HFC" reported that HFC is federally insured. Macklin completed the loan process at a HFC retail branch in Matteson, Illinois. The credit application shows that "Julius Heart" again used the social security number belonging to Victim A. The address assigned to this loan is also 24 Central Avenue,

2

Matteson, Illinois. The loan documents were signed and witnessed by Household Employee A.

8.     On or about September 13, 2007, officers with the Matteson Police Department interviewed Household Employee A. Household Employee A reported that she remembers Julius Heart and his particular loan transaction. The officers presented Household Employee A with a photo array. Household Employee A positively identified Julius Macklin as the individual who applied for and obtained a loan under the name Julius Heart.

### Applicable Statutes

9.     Title 18, United States Code, Section 1028(a)(7), makes it unlawful to knowingly uses, without lawful authority, a means of identification of another person with the intent to commit any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law.

### Conclusion

10.     Based upon my investigation and the above stated information, there is probable cause to believe that Julius A. Macklin, a.k.a. Julius A. Heart, violated Title 18, United States Code, Section 1028(a)(7) when he applied for the above-described loans and credit cards using a fictitious name and identifier. WHEREFORE, based upon the above facts, I believe that probable cause exists to issue an arrest warrant for Julius A. Macklin, a.k.a. Julius A. Heart.

FURTHER AFFIANT SAYETH NAUGHT.

Timothy A. Uhlmann
Special Agent
United States Secret Service

Subscribed and sworn to before me
this 1st day of May, 2008.

UNITED STATES MAGISTRATE JUDGE

3