# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 349 - 1 | **DATE** | 5/1/2008 |
| **CASE TITLE** | USA vs. Julius A. Macklin a/k/a Julius A. Heart | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Julius A. Macklin a/k/a Julius A. Heart. Government's motion to seal complaint, affidavit, and arrest warrant until 6/1/08 or until arrest of the defendant is granted. Enter order.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | DK |
|---|---|---|