UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | **08CR  349** |
| | ) | | |
| v. | ) | | |
| | ) | | Magistrate Judge Morton Denlow |
| JULIUS A. MACKLIN | ) | | **UNDER SEAL** |
| a.k.a. Julius A. Heart | ) | | |

## ORDER

Upon the government's motion to seal the complaint, affidavit, and arrest warrant in support

in the above-captioned matter:

IT IS HEREBY ORDERED THAT:

The Complaint, Affidavit, and Arrest Warrant in the above-captioned case be sealed until

June1 1, 2008, or until the arrest of the defendant, or until such earlier time as the Court directs the

unsealing of these documents.  Law enforcement officers are permitted to enter the arrest warrant

into appropriate law enforcement databases.

ENTERED:

_____
MORTON DENLOW
U.S. Magistrate Judge

Dated: May 1, 2008