Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 349 - 1 | **DATE** | 05/10/08 |
| **CASE TITLE** | USA vs. Julius A Macklin | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 05/10/08. Defendant informed of his rights. Enter order appointing Beth Gaus of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 05/14/08 at 10:30 a.m. Defendant to remain in custody pending further order of the Court. Order case unsealed.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|