## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 349 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Julius Macklin | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 05/22/08 at 3:30 p.m. Defendant to remain in custody pending further order of Court.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | LXS |
|---|---|---|