## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 349 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Julius A Macklin | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Status hearing set for 05/29/08 at 3:00 p.m. to set a date for a Probable Cause hearing if defendant wishes to proceed.

Docketing to mail notices.

00:14

| | Courtroom Deputy Initials: | LXS |
|---|---|---|