MAGISTRATE JUDGE DENLOW          07 GJ 1090

Minute Order Form (rev. 4/...)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE JOAN H. LEFKOW | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE SIDNEY I. SCHENKIER |
|---|---|---|---|
| CASE NUMBER | 08 CR 0349 | DATE | JUNE 3, 2008 |
| CASE TITLE | US v. JULIUS MACKLIN, aka "Julius Heart" | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge *Sidney I. Schenkier*

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE.

FILED
JUN - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#