# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 349 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Julius Macklin | | |

**DOCKET ENTRY TEXT**

Arraignment held, Bethany Biesenthal appearing for the government, and Beth Gaus appearing for defendant Julius Macklin, who was also present in court. Defendant acknowledges receipt of the indictment and waives formal reading. Defendant enters a plea of not guilty to the indictment. 16.1 conference to be held by 6/18/2008. Pretrial motions may be filed by 7/16/2008; responses by 7/30/2008. Status hearing set for 7/16/2008 at 9:30 a.m. Trial set for 11/3/2008 at 9:30 a.m. Oral motion of the Government to exclude time is granted. The period beginning 6/11/2008 through 7/16/2008 excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | MD |
|---|---|---|