# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:08−cr−00349
                                                Honorable Joan H. Lefkow

Julius A Macklin

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

MINUTE entry before the Honorable Joan H. Lefkow as to Julius A Macklin: Status hearing held on 7/16/2008. Change of Plea Hearing set for 8/27/2008 at 10:00 AM. Defendant's oral motion to extend time to 8/27/2008 to file pretrial motions is granted. Government's oral motion to exclude time is granted. The period beginning 7/16/2008 through 8/27/2008 is excluded pursuant to 18.3161(h)(1)(F). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.